# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

137699

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BARBARA J. BREWSTER-AZARD,
     Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION and
DELPHI AUTOMOTIVE SYSTEMS, INC.,
    Defendants-Appellees.

SC: 137699
COA: 286021
WCAC: 07-000077

_____/

On order of the Court, the application for leave to appeal the October 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

0325

_____
Clerk